1

2

3                                                    **\*E-FILED ON 12/20/05\***

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8    UNITED STATES OF AMERICA,            )        No.  CR 05-641 RMW (HRL)
                                          )
9                 Plaintiff,              )        [XXXXXXX] ORDER
                                          )
10   vs.                                  )
                                          )
11   YE TENG WEN,                         )
                                          )
12               Defendants               )
     _____          )

13

14

15          GOOD CAUSE BEING SHOWN, the bond in the above case is modified to permit Ye

16   Teng Wen to travel from the Northern District of California, to Cincinnati, Ohio, in the Southern

17   District of Ohio from December 21, 2005, to December 22, 2005.  Mr. Wen is to provide his

18   itinerary and contact information to Pretrial Services prior to departure.

           All other conditions of bond remain in full force and effect.

19          IT IS SO ORDERED.

20   DATED:  December 19, 2005

21
                                              /s/ Howard R. Lloyd
22                                            _____
                                              HOWARD R. LLOYD
23                                            United States Magistrate Judge

24

25

26

     [PROPOSED] ORDER                              1