**FILED**

APR 03 2006

CLERK
NORTHERN ...

VICKI H. YOUNG
Law Offices of Vicki H. Young
555 Bryant Street, #517
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Ye Teng Wen

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>YE TENG WEN,<br><br>          Defendant. | No. CR 05-00641 RMW<br><br>[PROPOSED] ORDER RE MODIFICATION OF TRAVEL ORDER |

Due to a change of travel plans, the Travel Order signed on March 3, 2006, is hereby modified to permit Ye Teng Wen to travel from the Northern District of California to the People's Republic of China from April 6, 2006, through May 1, 2006. Mr. Wen having previously received his passport from the Clerk's Office will return the passport to the Clerk's Office upon completion of the travel.

Ye Teng Wen is directed to provide a copy of his travel plans and contact information to Pretrial Services before departure, and to contact them upon his return.

Ye Teng Wen is ordered to appear on Monday Oct. 16, 2006 at 9:00 a.m. for sentencing.

All other conditions of the bond are to remain in full force and effect.

[PROPOSED] ORDER RE MODIFICATION
OF TRAVEL ORDER

- 1 -

1     IT IS SO ORDERED.

2 DATED: 4/3/06

                                          /s/ Ronald M. Whyte
3                                         RONALD M. WHYTE
                                        United States District Judge

[PROPOSED] ORDER RE MODIFICATION
OF TRAVEL ORDER