*E-filed 6/28/06*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 05-641 RMW (HRL) |
| Plaintiff, | ) | [PROPOSED] ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| YE TENG WEN, | ) | |
| Defendants | ) | |
| _____ | ) | |

GOOD CAUSE BEING SHOWN,  Ye Ten Wen is permitted to travel from the Northern District of California, to the People's Republic of China, Zambia, and Tanzania from July 7, 2006, through August 13, 2006.  The Clerk's Office for the Northern District of California is directed to release Ye Teng Wen's passport either to his attorney or directly to Ye Teng Wen forthwith so that Mr. Wen can submit the passport to the Chinese Consulate for a visa.  The passport is to be returned to the Clerk's Office upon completion of the travel.

Ye Teng Wen is directed to provide a copy of his travel plans and contact information to Pretrial Services before departure, and to contact them upon his return.

Ye Teng Wen is ordered to appear before Judge Ronald M. Whyte on Monday October 16, 2006, at 9:00 a.m. for sentencing.

All other conditions of the bond are to remain in full force and effect.

IT IS SO ORDERED.

DATED:   6/28/06

/s/  Howard R. Lloyd
_____
HOWARD R. LLOYD
United States Magistrate Judge

[PROPOSED] ORDER