# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 27 2006
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 05-00641-1 RMW
)
Ye T. Wen )
)

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____October 16, 2006_____ be continued until _____November 20, 2006_____ at _____9:00 a.m._____.

Date: 9/27/06

Ronald M. Whyte
United States District Judge

NDC-PSR-009 12/06/04