VICKI H. YOUNG
Law Office of Vicki H. Young
706 Cowper Street, Suite 202
Palo Alto, California 94301
Telephone (415) 421-4347

Counsel for Defendant Ye Teng Wen

FILED
NOV - 8 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00641 RMW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING; |
| vs. | ) | [PROPOSED] ORDER |
| YE TENG WEN and HAO HE, | ) | |
| Defendants. | ) | |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorney Mark Krotoski, defendant Ye Teng Wen, by and through his attorney VICKI H. YOUNG, and defendant Hao He, by and through his attorney RICHARD POINTER that the sentencing hearing currently set for November 20, 2006, be continued to December 11, 2006. The reason for this continuance is that defense counsel need additional time to review the draft presentence report with their clients and prepare objections to the draft report.

Probation Officer Connie Cook has been advised of this continuance, and she has no objection to the continuance.

///

///

STIP AND [PROPOSED] ORDER
- 1 -

|     |                          |                                                         |
| --- | ------------------------ | ------------------------------------------------------- |
| 1   | It is so stipulated.     |                                                         |
| 2   | Dated: October 24, 2006  | Respectfully submitted,                                 |

/s/ Vicki H. Young
VICKI H. YOUNG
Attorney for Ye Teng Wen

Dated: October 24, 2006

/s/ Richard Pointer
RICHARD POINTER
Attorney for Hao He

Dated: October 24, 2006

KEVIN V. RYAN
United States Attorney

/s/ Mark Krotoski
MARK KROTOSKI
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

GOOD CAUSE BEING SHOWN, the sentencing date for Ye Teng Wen and Hao He is continued to December 11, 2006, at 9:00 a.m.

IT IS SO ORDERED.

DATED: 11/8/06

*Ronald M. Whyte* (signature)

———————————————
RONALD M. WHYTE
United States District Judge.

STIP AND [PROPOSED] ORDER