VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 202
Palo Alto, California 94301

*E-filed 11/15/06*

Telephone (415) 421-4347

Counsel for Defendant Ye Teng Wen

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YE TENG WEN,<br><br>Defendant. | No. CR 05-641 RMW (HRL)<br><br>STIPULATION RE MODIFICATION OF TRAVEL ORDER; [PROPOSED] ORDER |

It is hereby stipulated between the defendant YE TENG WEN, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Mark Krotoski, that the travel order for Ye Teng Wen may be modified to extend the return date on his trip to December 3, 2006. The bond has already been modified to permit Ye Teng Wen to travel to the Peoples' Republic of China and other countries from October 6, 2006, to November 16, 2006.

The reason for this request is that sentencing has been continued to December 11, 2006, and Ye Teng Wen has additional business to attend to in China.

Pretrial Services has been notified of this request and has no objection.

All other conditions of bond remain in effect.

///

STIPULATION RE MODIFICATION
OF TRAVEL ORDER AND [PROPOSED]
ORDER                                                    - 1 -

It is so stipulated.

Dated:                                           Respectfully submitted,

                                                    /s/ Vicki H. Young
                                              VICKI H. YOUNG
                                              Attorney for Ye Teng Wen

DATED:                                      KEVIN V. RYAN
                                              United States Attorney

                                                    /s/ Mark Krotoski
                                              MARK KROTOSKI
                                              Chief, Criminal Division

## ~~PROPOSED~~ ORDER

GOOD CAUSE BEING SHOWN, the travel order in the above case is modified to permit Ye Teng Wen to extend his return date from China from November 16, 2006, to December 3, 2006.

All other conditions of bond remain in full force and effect.

IT IS SO ORDERED.

DATED:   11/15/06

                                                  HOWARD R. LLOYD
                                                United States Magistrate Judge