1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 202                *E-filed 12/5/06*
   Palo Alto, California 94301
3
   Telephone      (415) 421-4347
4
   Counsel for Ye Teng Wen
5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES OF AMERICA,          )  No. CR 05-00641 RMW (HRL)
                                        )
12 |            Plaintiff,               )
                                        )  STIPULATION RE MODIFICATION
13 |      v.                             )  OF TRAVEL ORDER ; [PROPOSED]
                                        )  ORDER
14 | YE TENG WEN,                        )
                                        )
15 |            Defendant.               )
   |_____)
16

17      It is hereby stipulated between the defendant Ye Teng Wen, by and through his attorney of

18 record VICKI H. YOUNG, and the government, through Assistant United States Attorney Mark

19 Krotoski, that the bond for Ye Teng Wen may be modified to extend the return date on his trip from

20 Dec. 3, 2006, to December 5, 2006.  The reason for this request is that Mr. Wen was not able to

21 secure a return flight from China  on December 3, 2006, and he is currently booked on a flight that

22 leaves on December 4, 2006.

23 ///

24 ///

25

26

STIPULATION RE MODIFICATION OF
TRAVEL ORDER AND [PROPOSED]
ORDER                                   - 1 -

It is so stipulated.

Dated:     December 1, 2006            Respectfully submitted,


  /s/  Vicki H.Young
VICKI H. YOUNG
Attorney for Ye Teng Wen


Dated:     December 1, 2006            KEVIN RYAN
United States Attorney


  /s/  Mark Krotoski
Mark Krotoski
Assistant U.S. Attorney


### **~~PROPOSED~~ ORDER**

GOOD CAUSE BEING SHOWN, the travel order in the above case is modified to permit Ye Teng Wen to extend his return date from China from December 3, 2006, to December 5, 2006.

All other conditions of bond remain in full force and effect.

IT IS SO ORDERED.

DATED:   12/5/06

_____
HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION RE MODIFICATION OF
TRAVEL ORDER AND [~~PROPOSED~~]
ORDER                          - 2 -