*E-filed 12/29/06*

VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 202
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Defendant Ye Teng Wen

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>YE TENG WEN,<br><br>  Defendant. | No.  CR 05-641 RMW (HRL)<br><br>STIPULATION RE MODIFICATION OF TRAVEL ORDER; [PROPOSED] ORDER |

It is hereby stipulated between the defendant YE TENG WEN, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Mark Krotoski, that the travel order for Ye Teng Wen may be modified to extend the return date on his trip from January 15, 2007, to February 20, 2007. The bond has already been modified to permit Ye Teng Wen to travel to the Peoples' Republic of China and other countries from December 14, 2006, to January 15, 2007.

The reason for this request is that Ye Teng Wen has additional business to attend to in China and Africa, and sentencing has been reset to February 26, 2007.

Pretrial Services has been notified of this request and has no objection.

///

STIPULATION RE MODIFICATION
OF TRAVEL ORDER AND [PROPOSED]
ORDER                                                       - 1 -

1  All other conditions of bond remain in effect.

2  It is so stipulated.

3  Dated: December 28, 2006          Respectfully submitted,

6     /s/ Vicki H. Young
   VICKI H. YOUNG
   Attorney for Ye Teng Wen

8  DATED: December 28, 2006          KEVIN V. RYAN
9                                     United States Attorney

11    /s/ Mark Krotoski
   MARK KROTOSKI
12 Chief, Criminal Division

### PROPOSED ORDER

GOOD CAUSE BEING SHOWN, the travel order in the above case is modified to permit Ye Teng Wen to extend his return date from China from January 15, 2007, to February 20, 2007.

All other conditions of bond remain in full force and effect.

IT IS SO ORDERED.

DATED: 12/29/06

                          HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION RE MODIFICATION
OF TRAVEL ORDER AND [PROPOSED]
ORDER                                    - 2 -