VICKI H. YOUNG                                          *E-filed 2/16/07*
Law Offices of Vicki H. Young
706 Cowper Street, Suite 202
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Defendant Ye Teng Wen

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 05-641 RMW (HRL) |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION RE MODIFICATION |
| v. | ) | OF TRAVEL ORDER; [PROPOSED] |
| | ) | ORDER |
| YE TENG WEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated between the defendant YE TENG WEN, by and through his attorney of

record VICKI H. YOUNG, and the government, through Assistant United States Attorney Mark

Krotoski, that the travel order for Ye Teng Wen may be modified to extend the return date on his trip

from February 20, 2007, to May 2, 2007. The bond has already been modified to permit Ye Teng

Wen to travel to the Peoples' Republic of China and other countries  from December 14, 2006,  to

February 20, 2007.

The reason for this request is that Ye Teng Wen has additional business to attend to in China

and Africa, and counsel has submitted a stipulation to continue sentencing to June 18, 2007.

Pretrial Services has been notified of this request and has no objection.

///

1    All other conditions of bond remain in effect.

2    It is so stipulated.

3  Dated:        February 13, 2007              Respectfully submitted,

4

5                                                __/s/ Vicki H. Young_____
6                                                VICKI H. YOUNG
                                                 Attorney for Ye Teng Wen
7

8  DATED:        February 13, 2007              KEVIN V. RYAN
9                                                United States Attorney

10

11                                               __/s/ Mark Krotoski_____
                                                 MARK KROTOSKI
12                                               Chief, Criminal Division

13

14
                              ~~PROPOSED~~ ORDER
15

16
        GOOD CAUSE BEING SHOWN, the travel order in the above case is modified to permit Ye
17
   Teng Wen to extend his return date from China from February 20, 2007, to May 2, 2007.
18
        All other conditions of bond remain in full force and effect.
19
        IT IS SO ORDERED.
20
   DATED:   2/16/07
21

22                                               _____
                                                 HOWARD R. LLOYD
23                                               United States Magistrate Judge

24

25

26

STIPULATION RE MODIFICATION
OF TRAVEL ORDER AND [~~PROPOSED~~]
ORDER                              - 2 -