STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-641 RMW |
| Plaintiff, | STIPULATION PERMITTING TRAVEL AND ] ORDER |
| vs. | |
| YE TENG WEN, | |
| Defendant. | |

    Defendant Ye Teng Wen has been supervised in this District for approaching three years. He has requested permission to travel to China in order to participate in the examination and purchase of industrial equipment for his employer, as well as training on the use of that equipment. He plans to fly from San Francisco to Shanghai on United Airlines on March 15, 2013. The manufacturing facility is in the city of Ningbo. He will return to San Francisco from Shanghai on April 15, 2013.

    The assigned Probation Officer, Barry Fisher, has informed defense counsel that he does not oppose this request. Mr. Wen has performed well on supervision and has incurred no known violations. His mandatory assessment fee is paid in full and he has been in full compliance with his payment schedule on the fine imposed at sentencing. In addition, he has maintained

1  employment throughout supervision.

2      Mr. Wen was previously represented by appointed counsel.  The Federal Public Defender
3  has not been appointed to represent him, but asks to be permitted to file this stipulation on his
4  behalf as a matter of administrative convenience.

5

6  **SO STIPULATED:**

7  DATED:    February 19, 2013        /s/ Ned Smock
    NED SMOCK
8      Assistant Federal Public Defender

9
10  DATED;    February 19, 2013        /s/ Matthew Parrella
    MATTHEW PARRELLA
    Assistant United States Attorney
11
12

13  **ORDER**

14      Based on the stipulation of the parties, it is hereby ORDERED that Ye Teng Wen shall be
15  permitted to travel to China between March 15, 2013 and April 15, 2013, provided that he
16  maintain contact with his Probation Officer as directed and that he share with his Probation
17  Officer any documents, tickets, plans, or itineraries as requested.  All other conditions of
18  Supervised Release shall remain in place.

19  IT IS SO ORDERED.

20
21  HDEFH
    Date        HON. RONALD M. WHYTE
22      UNITED STATES DISTRICT JUDGE

23
24
25
26